Aaron Kaufmann, State Bar No. 148580
David Pogrel, State Bar No. 203787
**LEONARD CARDER, LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
akaufmann@leonardcarder.com
dpogrel@leonardcarder.com

Attorneys for Plaintiff

RICHARD E. BROMLEY (SBN 156260)
JEFFREY E. FIELDS (SBN 295376)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630
rbromley@constangy.com
jfields@constangy.com

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN REECE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | Case No. 4:20-cv-02991-JSW<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii)**<br><br>Action Filed:    May 1, 2020<br>Trial Date:       None Set |

1    The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff DEAN REECE and Defendant THE HERTZ CORPORATION. ("Defendant") (collectively, the "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, and with prejudice, with each side to bear its own costs of suit except as otherwise provided for in the parties' settlement agreement or as otherwise ordered by the Bankruptcy Court in the chapter 11 bankruptcy proceeding entitled *In re: The Hertz Corporation, et al*, Case No. 20-11218 (MFW).

**IT IS SO ORDERED.**

Dated: May 19, 2021

By: _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE